Commonwealth *v.* Gallese, Appellant.

Argued March 15, 1976. *Joseph R. Siegert,* for appellant; *Stuart M. Niemtzow,* Assistant District Attorney, with him *Deborah E. Glass* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Glasshofer, Appellant.

Argued March 17, 1976. *Lee Mandell,* with him *Sheldon Glasshofer, in propria persona,* for appellant; *Deborah E. Glass,* Assistant District Attorney, with her *John M. DiDonato* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.